# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

JENNIFER LAURIE TWIST,

        Appellant,

 v.

STATE OF FLORIDA,

        Appellee.

Case No.  5D21-2736
LT Case No. 1996-CF-2310-A

_____/

Decision filed May 10, 2022

3.850 Appeal from the Circuit Court
for Marion County,
Gary L. Sanders, Judge.

Jennifer Laurie Twist, Ocala, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney General,
Daytona Beach, for Appellee.


PER CURIAM.

    AFFIRMED.


EDWARDS, HARRIS and NARDELLA, JJ., concur.